THE CAVANAGH LAW FIRM
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 1900
PHOENIX, ARIZONA 85004-4527
(602) 322-4000
www.cavanaghlaw.com

Jennifer L. Sellers SBN 027448
jsellers@cavanaghlaw.com
Andrea Swan SBN 037083
aswan@cavanaghlaw.com
Phone: (602) 322-4000
Fax: (602) 322-4101

*Attorneys for Defendant Valley
of the Sun Waldorf Education
Association, Inc. d/b/a Desert
Marigold School*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chloe Makowski, an individual, | No. |
| Plaintiff, | (Arizona Superior Court, Maricopa County Case No.: CV2025-030249) |
| v. | **NOTICE OF REMOVAL** |
| Valley of the Sun Waldorf Education Association, Inc., an Arizona corporation d/b/a Desert Marigold School, | |
| Defendants. | |

**TO THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA, PHOENIX, AND ALL PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that pursuant to 28 U.S.C. §§ 1331 and 1441, Defendant Valley of the Sun Waldorf Education Association, Inc. d/b/a Desert Marigold School ("Desert Marigold"), by and through undersigned counsel, removes the above-captioned action from the Superior Court of Maricopa County, Arizona, in which it is currently pending, to the United States District Court of Arizona, and states as follows:

1.    On August 23, 2025, Plaintiff Chloe Makowski commenced an action in the Superior Court of the State of Arizona, the County of Maricopa, entitled *Chloe Makowski* v. *Valley of the Sun Waldorf Education Association, Inc. d/b/a/ Desert Marigold School*, Case No. CV2025-030249 (the "State Court Action").

2.    Pursuant to LRCiv 3.6(a), Exhibit 1 (Civil Cover Sheet) and Exhibit 2 (Supplemental Civil Cover Sheet) are attached.

3.    Pursuant to 28 U.S.C. § 1446(a) and LRCiv 3.6(a) and (b), true and correct copies of the pleadings obtained by Desert Marigold filed in the State Court Action are attached hereto as:  Exhibit 3 (Summons to Desert Marigold); Exhibit 4 (Complaint); Exhibit 5 (Certificate of Compulsory Arbitration); Exhibit 6 (State Court Action Civil Coversheet); Exhibit 7 (Affidavit of Service). Pursuant to LCiv 3.6(b),  Desert Marigold certifies that Exhibits 3 through 7 are true and correct copies of all documents filed in the State Court Action. A copy of the State Court docket is attached as Exhibit 8.

4.    Desert Marigold's responsive memoranda will be filed in this Court, pursuant to Rule 81(c).  Fed. R. Civ. P.

5.    Desert Marigold was served with the Complaint on August 28, 2025. *See* Exhibit 7.

### BASIS FOR REMOVAL TO FEDERAL COURT

6.    This State Court Action is removable under 28 U.S.C. §1331 and 28 U.S.C. §1441(a), (c).

7.    Removal to this Court is appropriate because this action is within the Court's original jurisdiction pursuant to 28 U.S.C. § 1331, by reason of federal question jurisdiction.

8.    In her Complaint, Plaintiff makes allegations against Desert Marigold regarding alleged violations of Title VII under 42 U.S.C. § 2000e-2(a) and 42 U.S.C. §2000e-3.

9.    This Notice of Removal is being filed within thirty (30) days after service of the Complaint, and the time for filing this Notice of Removal pursuant to 28 U.S.C. 1446(b) has not expired.

10.    By removing this matter to this Court, Desert Marigold does not waive any available defenses, nor does it admit any allegations made in the State Court Action.

11.    A copy of this Notice of Removal is being served on Plaintiff's attorneys and is being filed with the Clerk of the Arizona State Court, County of Maricopa.

12.    This Notice of Removal is signed pursuant to Rule 11, *Federal Rules of Civil Procedure*, in accordance with 28 U.S.C. § 1446(a) and LRCiv 3.6(a).

WHEREFORE, Desert Marigold gives notice that the above action is hereby removed in its entirety to this Federal Court, and respectfully requests that this action be placed on the docket of this Court for further proceedings as though it had originally been instituted in this Court.

DATED this 26th day of September, 2025.

THE CAVANAGH LAW FIRM, P.A.


By:    s/Andrea M. Swan
Jennifer L. Sellers
Andrea M. Swan
*Attorneys for Defendant Valley of the Sun Waldorf Education Association, Inc. d/b/a Desert Marigold School*


**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of September, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Alden A. Thomas
Linda T. Bird
Jaburg & Wilk, P.C.
1850 N. Central Avenue, Suite 1200
Phoenix, AZ 85004
aat@jaburgwilk.com
ltb@jaburgwilk.com
*Attorneys for Plaintiff*

  s/Lori Gilroy

3